1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BANK OF NEW YORK MELLON,                    No.  2:15-cv-0300 TLN AC

12                  Plaintiff,

13          v.                                    ORDER

14   JENNIFER L. MCALLISTER, et al.,

15                  Defendants.

16

17          The matter was referred to a United States Magistrate Judge pursuant to Local Rule

18   302(c)(21).

19          On April 7, 2015, the magistrate judge filed findings and recommendations herein which

20   were served on all parties and which contained notice to all parties that any objections to the

21   findings and recommendations were to be filed within fourteen days.  (ECF No. 12.)  Neither

22   party has filed objections to the findings and recommendations.

23          The Court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26          1.  The findings and recommendations filed April 7, 2015, are adopted in full; and

27   ////

28   ////

                                                  1

1       2.  Plaintiff's Motion to Remand, (ECF No. 7), is granted and this action is remanded to

2    the Sutter County Superior Court.

3

4

5    IT IS SO ORDERED.

6

7    Dated:  April 30, 2015

8

9

10                               Troy L. Nunley
                                     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28